IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JOSEF LEE JOHNSON,<br><br>　　　　　Plaintiff. | No. C 15-02957 EJD (PR)<br><br>ORDER OF DISMISSAL |

On June 25, 2015, Plaintiff filed a letter that were construed as an action pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 8/26/2015

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court on August 20, 2015. (Docket No. 7.)

Order of Dismissal
02957Johnson_dism-ifp&compl.wpd      1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JOSEF LEE JOHNSON,　　　　　　　　　No. C 15-02957 EJD (PR)

　　　　Plaintiff.

　　　　　　　　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____8/27/2015_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Josef Lee Johnson**
AI0496
RJ Donovan Correctional Facility
C-15-1224
480 Alta Road
San Diego, CA 92179

DATED: _____8/27/2015_____
　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　/s/ Elizabeth Garcia, Deputy Clerk